# Zare Khorozian Law, LLC

1047 Anderson Avenue
Fort Lee, NJ 07024
T: (201) 957-7269
F: (201) 224-9841
www.zkhorozianlaw.com
*Licensed in NJ & NY

Zare Khorozian
zare@zkhorozianlaw.com

December 5, 2019

**VIA ECF**
The Honorable Lorna G. Schofield
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

      **RE:** *Sosa v. Miller's Ale House, Inc.*
        Case No.: 1:19-cv-10753-LGS

Dear Judge Schofield:

  This firm represents Yony Sosa, on behalf of himself and all other persons similarly situated ("Plaintiffs"), in the above-referenced action. We write, with Defendant's consent, to inform you that the Parties have a settlement, in principle, and respectfully request that Your Honor dismiss this matter with prejudice with the right to reopen in thirty (30) days if the Settlement Agreement is not consummated.

  We appreciate this Court's and Your Honor's time and attention to this matter. Thank you for your anticipated cooperation in this matter. Should the Court have any questions, please do not hesitate to contact the undersigned attorney.

                Respectfully submitted,
                ZARE KHOROZIAN LAW LLC
                 *s/ Zare Khorozian*
                 Zare Khorozian, Esq.

cc: All counsel of record (via ECF and email)