UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
YONY SOSA,

                                   Plaintiff(s),          19 Civ. 10753 (LGS)

                  -against-                                 ORDER

MILLER'S ALE HOUSE, INC.,

                                 Defendant(s)
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: December 6, 2019

LORNA G. SCHOFIELD, United States District Judge:

      The parties have reached a settlement in principle in this case. Accordingly, it is

**ORDERED** that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty (30) days of this Order. Any application to reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis. Any pending deadlines and conferences are CANCELED.

      The Clerk of Court is respectfully directed to close Dkt. No. 12.

Dated: December 6, 2019
       New York, New York

                                        LORNA G. SCHOFIELD
                              UNITED STATES DISTRICT JUDGE